\*\* E-filed January 6, 2012 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PADMAVATHI NUKALA,<br><br>        Plaintiff,<br>  v.<br><br>SANTA CLARA COUNTY OFFICE OF EDUCATION,<br><br>        Defendant.<br>_____/ | No. C11-04521 HRL<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

The order that follows is based on the discussion at the January 3, 2012 Case Management Conference and the previously filed Joint Case Management Statement.

The court adopts the parties' statement of disputed factual and legal issues as set forth in the Joint Case Management Statement. The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply. Parties shall exchange their initial disclosures no later than January 23, 2012.

Upon further reflection, the court has decided not to refer this case to court-sponsored mediation. Instead, the parties shall participate in a Settlement Conference with Magistrate Judge Grewal. The parties are directed to contact his chambers forthwith to schedule a Settlement Conference to take place within 120 days from the date of this order. If the plaintiff would welcome the assistance of a volunteer attorney for limited scope representation for the Settlement Conference, she should sign and return to the court in the envelope provided the enclosed Declaration.

The following schedule shall also apply to this case:

| | |
|---|---|
| Fact Discovery Cutoff | August 27, 2012 |
| Designation of Experts with Reports | September 17, 2012 |
| Designation of Rebuttal Experts with Reports | October 9, 2012 |
| Expert Discovery Cutoff | October 29, 2012 |
| Last Day for Hearings on Dispositive Motions | December 18, 2012 at 10:00 a.m. |
| Final Pretrial Conference | February 19, 2013 at 1:30 p.m. |
| Jury Trial | February 25, 2013 |

In the event discovery disputes arise, the parties shall comply with this court's "Standing Order re: Civil Discovery Disputes," which sets forth the applicable requirements and procedures for filing Discovery Dispute Joint Reports rather than noticed discovery motions.[1] Parties seeking to compel fact discovery must file a Joint Report no later than seven days after the Fact Discovery Cutoff, and parties seeking to compel expert discovery must file a Joint Report no later than seven days after the Expert Discovery Cutoff. See N.D. Cal. Civ. R. 37-3.

Furthermore, the parties shall comply with the court's "Standing Order re: Pretrial Preparation" with respect to the timing and content of the Joint Pretrial Statement and other pretrial submissions.

**IT IS SO ORDERED.**

Dated: January 6, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Parties may obtain copies of all of Judge Lloyd's standing orders from the clerk of the court, or from Judge Lloyd's page on the court's website (www.cand.uscourts.gov).

2

**C 11-04521 HRL Notice will be electronically mailed to:**

Mark E. Davis          mdavis@davisyounglaw.com

**Notice will be sent by mail to:**

Padmavathi Nukala
417 Anza Street
Fremont, CA 94539

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**