\*\* E-filed January 23, 2012 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PADMAVATHI NUKALA, | No. C11-04521 HRL |
| Plaintiff, | **ORDER FOR APPOINTMENT OF ATTORNEY FOR LIMITED SCOPE REPRESENTATION** |
| v. | |
| SANTA CLARA COUNTY OFFICE OF EDUCATION, | **[Re: Docket No. 11]** |
| Defendant. | |

An unrepresented party in this case has asked the court to appoint a volunteer attorney for the limited purpose of a Settlement Conference. Based on the Court's review of the unrepresented party's Declaration in Support of Application for Appointment of an Attorney for Limited Scope Representation and pursuant to General Order No. 25,

IT IS HEREBY ORDERED:

1. That the Federal Legal Assistance Self Help program shall endeavor to secure the services of a suitable volunteer attorney, and, if successful,

2. The court will make a limited scope representation appointment.; and

3. The Settlement Conference shall take place no later than May 22, 2012, 120 days from the date of this order.

Dated: January 23, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-04521 HRL** N**otice will be electronically mailed to:**

Mark E. Davis       mdavis@davisyounglaw.com

**Notice will be sent by mail to:**

Padmavathi Nukala
417 Anza Street
Fremont, CA 94539

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**