**\*\* E-filed February 24, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PADMAVATHI NUKALA,

    Plaintiff,

v.

SANTA CLARA COUNTY OFFICE OF EDUCATION,

    Defendant.
_____/

No. C11-04521 HRL

**ORDER FOR APPOINTMENT OF ATTORNEY FOR LIMITED SCOPE REPRESENTATION**

The Court having ordered that this case be assigned to the Assisted Settlement Conference Program, and an unrepresented party having requested and been in need of counsel to assist her in the settlement conference, and a volunteer attorney willing to be appointed for the limited purpose of representing the unrepresented party in the settlement conference having been located by the FLASH program,

IT IS HEREBY ORDERED THAT:

Barry McCarthy, Esq., MCCARTHY & BERLIN, LLP is appointed Settlement Counsel. This appointment and limited representation shall end upon the completion of the settlement conference and any follow-up activities ordered by the settlement judge.

Settlement Counsel shall notify the Court promptly upon the completion of the settlement conference and any follow-up activities. The Court shall then issue an order relieving the Settlement Counsel from his limited representation of the unrepresented party.

1 | Dated: February 23, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-04521 HRL Notice will be electronically mailed to:**

Mark Davis        mdavis@davisyounglaw.com

**Notice will be mailed to**:

Padmavathi Nukala
417 Anza Street
Fremont, CA 94539

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**