*E-FILED: March 6, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PADMAVATHI NUKALA,<br><br>       Plaintiff,<br>  v.<br><br>SANTA CLARA COUNTY OFFICE OF EDUCATION,<br><br>       Defendant.<br>_____/ | No. C11-04521 HRL<br><br>**ORDER VACATING TRIAL AND TRIAL DEADLINES AND ORDER TO SHOW CAUSE RE: SETTLEMENT** |

The court having been advised that the parties have reached a settlement, the Pretrial Conference, the Trial, and all related deadlines are hereby vacated. The parties shall appear on **April 23, 2013 at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **April 16, 2013**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED.**

Dated: March 6, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-04521 HRL Order will be electronically mailed to:**

Mark Davis: mdavis@davisyounglaw.com

**Order will be mailed to**:

Padmavathi Nukala
417 Anza Street
Fremont, CA 94539

Barry Francis McCarthy
**Settlement Counsel Only**
McCarthy & Berlin LLP
2005 Hamilton Ave.
Suite 140
San Jose, CA 95125

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**