1

2

3

4

5

*E-FILED: March 6, 2013*

6

7

8

9

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

10 | PADMAVATHI NUKALA,

No. C11-04521 HRL

11 |                    Plaintiff,

         v.

**ORDER VACATING TRIAL AND TRIAL DEADLINES AND ORDER TO SHOW CAUSE RE: SETTLEMENT**

12

13 | SANTA CLARA COUNTY OFFICE OF EDUCATION,

14 |                    Defendant.

_____/

15

16        The court having been advised that the parties have reached a settlement, the Pretrial

17   Conference, the Trial, and all related deadlines are hereby vacated.  The parties shall appear on

18   **April 23, 2013 at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113

19   and show cause, if any, why this case should not be dismissed.  The parties shall file a Joint

20   Statement in response to this Order to Show Cause no later than **April 16, 2013**.  The joint

21   statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how

22   much additional time, if any, is needed to finalize the settlement and file a dismissal.  If, however, a

23   dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and

24   no statement will be required.

25        **IT IS SO ORDERED.**

26   Dated: March 6, 2013

27

28

     _____
     HOWARD R. LLOYD
     UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1 | **C11-04521 HRL Order will be electronically mailed to:**

2 | Mark Davis:   mdavis@davisyounglaw.com

3 | **Order will be mailed to**:

4 | Padmavathi Nukala
417 Anza Street
5 | Fremont, CA 94539

6 | Barry Francis McCarthy
**Settlement Counsel Only**
7 | McCarthy & Berlin LLP
2005 Hamilton Ave.
8 | Suite 140
9 | San Jose, CA 95125

10 |

11 | **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |