*E-FILED: April 17, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PADMAVATHI NUKALA,<br><br>      Plaintiff,<br>  v.<br><br>SANTA CLARA COUNTY OFFICE OF EDUCATION,<br><br>      Defendant.<br>_____/ | No. C11-04521 HRL<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE RE: SETTLEMENT** |

The court having received the Joint Statement Re: Order to Show Cause from the parties, and good cause having been shown to continue the Order to Show Cause hearing, the hearing is continued to **June 11, 2013 at 10:00 am.** All parties shall appear on that date in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **June 4, 2013**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED.**

Dated: April 17, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-04521 HRL Order will be electronically mailed to:**

Mark Davis:    mdavis@davisyounglaw.com

**Order will be mailed to**:

Padmavathi Nukala
417 Anza Street
Fremont, CA 94539

Barry Francis McCarthy
**Settlement Counsel Only**
McCarthy & Berlin LLP
2005 Hamilton Ave.
Suite 140
San Jose, CA 95125

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**